AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| United States of America<br>v.<br>ROBERT DEAN CALDWELL<br><br>*Defendant(s)* | )<br>)<br>) Case No. 23-mj-01592-BAH<br>)<br>)<br>)<br>) |

✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

3:31 pm, Jun 05 2023
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ Deputy

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **November 18, 2022** in the county of **Anne Arundel** in the
_____ District of **Maryland**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(a)(6) | False Statements in Connection with Acquisition of a Firearm |
| 18 U.S.C. § 933 | Trafficking in Firearms |

This criminal complaint is based on these facts:
See affidavit.

☑ Continued on the attached sheet.

*Brian Pounsberry* (Digitally signed by Brian Pounsberry, Date: 2023.05.30 13:14:27 -04'00')

*Complainant's signature*

Special Agent Brian Pounsberry, ATF

*Printed name and title*

Sworn to before me and signed in my presence.

Date: June 1, 2023

*Judge's signature*

City and state: Baltimore, Maryland          Hon. Brendan A. Hurson, U.S. Magistrate Judge

*Printed name and title*